## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RUTH KELLY,                  )   CIVIL ACTION NO. 24-196

         Plaintiff           )

         vs.                )

                          )   JURY TRIAL DEMANDED

JACOB THOMPSON,       )

         Defendant       )

                          )

## COMPLAINT

Plaintiff Ruth Kelly, by and through her lawyers, Purchase, George & Murphey, P.C., files this complaint against Defendant Jacob Thompson:

### Parties

1.  Plaintiff Ruth Kelly ("Ms. Kelly") is currently a citizen of and domiciled in Ripley, New York.

2.  Defendant Jacob Thompson ("Thompson") is a citizen of the Commonwealth of Pennsylvania, County of Erie, residing at 1065 Newton Avenue, Erie, Pennsylvania 16511.

3.  On September 9, 2022, Plaintiff was seriously injured when Defendant's car ran a steady red light and struck Plaintiff's vehicle, which had the right of way, at the intersection of Freemont Avenue and Station Road, in Erie County, Pennsylvania.

### JURISDICTION AND VENUE

4.  This Court is vested with jurisdiction pursuant to federal diversity-of-citizenship jurisdiction pursuant to 28 U.S.C.A. 1332. All individual parties are citizens of different states,

as noted above. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §1332.

5.      Venue is proper pursuant to 28 U.S.C.A. 1391(b)(2) because the events which gave rise to the claim occurred within the boundaries of the Western District of Pennsylvania.

## The Accident

6.      On or about September 9, 2022, at approximately 6:20 p.m., Plaintiff Ms. Kelly was lawfully driving her blue 2017 Chevy Cruz sedan east on Freemont Street toward its intersection with Station Road.

7.      The intersection of Freemont Street and Station Road is governed by a traffic light. At the intersection, Ms. Kelly stopped for a red light. When the light turned green, she began to proceed through the intersection with the right of way.

8.      At about that same date and time, Defendant Thompson was driving his 2000 Honda Civic north on Station Road at a high rate of speed.

9.      As Defendant Thompson drove north on Station Road and approached the intersection of Station Road and Freemont Street, the traffic light governing his direction of travel was a steady red.

10.     Despite being faced with a steady red traffic light and despite oncoming traffic, Defendant Thompson drove through the red light at the intersection of Station Road and Freemont Street and violently crashed into the right front wheel and quarter panel of Ms. Kelly's vehicle.

11.     The impact was so forceful that it pushed Ms. Kelly's vehicle into a telephone pole on the northeast corner of the intersection.

12.     Ms. Kelly's vehicle was severely damaged and ultimately totaled, and her airbags deployed.

13.    Despite wearing her seatbelt, Ms. Kelly was seriously injured.

14.    Ms. Kelly was taken by ambulance to St. Vincent Hospital for emergency treatment. St. Vincent transferred her to UPMC Hamot Hospital's Trauma Center for evaluation and treatment. She was admitted to UPMC Hamot for approximately four (4) days.

15.    As a result of this accident, Ms. Kelly sustained serious injuries including, but not limited to, a sternal fracture with retrosternal hematoma, possible cardiac contusion, right and left thigh pain, chest pain, mid thoracic back pain, T3 superior endplate compression fracture, left hand pain and bruising, lower abdominal soreness, and concussion and post-concussion symptoms including headaches, nausea, and dizziness

16.    Ms. Kelly's serious injuries have caused her the following damages:

  a.  Medical expenses;
  b.  Pain and suffering;
  c.  Embarrassment and humiliation; and
  d.  Lost earnings and lost earning capacity;
  e.  Loss of ability to enjoy the pleasures of life.

17.    Ms. Kelly's injuries continue to cause her losses and harm, and she expects all those damages listed above to continue.

## COUNT I – NEGLIGENCE

18.    The preceding paragraphs are hereby incorporated by reference.

19.    Ruth Kelly's injuries and damages are the direct and proximate result of Defendant's negligent and careless conduct in operating his vehicle, which negligence consists of the following:

  a.    Running a steady red light at the intersection of Station Road and Freemont Street and crashing into Ms. Kelly's oncoming car which had a steady green light and the right of way;

  b.    Driving while distracted;

c.    Failing to pay attention to the roadway, traffic control devices, other vehicles in the roadway ahead of him;

d.    Failing to look for oncoming traffic before entering the intersection;

e.    Traveling at an excessive rate of speed for the existing conditions;

f.    Failing to avoid crashing into Ms. Kelly's car which had the green light and right of way;

g.    Failing to exercise due care and caution required of a motorist entering an intersection controlled by a traffic light;

h.    Failing to be able to stop within the assured clear distance ahead;

i.    Operating his vehicle in a careless way so as to endanger the person of another;

j.    Failing to keep his vehicle under proper and adequate control at all times;

k.    Failing to use due care under the given traffic, roadway, and weather conditions;

l.    Attempting to enter and/or pass through an intersection when it was not safe to do so;

m.    Failing to have his vehicle under proper and adequate control;

n.    Failing to slow or brake in time to avoid the collision;

o.    Operating his vehicle so as to create a dangerous situation for other vehicles on the roadway;

p.    Failure to observe and obey traffic signs and signals;

q.    Proceeding through the intersection without yielding to traffic with the right of way;

r.    Failing to stop at a red light;

s.    Driving too fast for conditions of traffic, road, or weather;

t.    Speeding;

u.    Failing to yield to traffic which had the right of way.

4

v.    Driving so as to violate Pennsylvania Motor Vehicle Law 75 Pa. C.S.A. §3112(a)(3)(i).

20.    Defendant Thompson's negligence was the direct and proximate cause of Ruth Kelly's grievous injuries and resulting damages.

WHEREFORE, Plaintiff Ruth Kelly demands compensatory damages, punitive damages and all other damages recoverable under the law from Defendant Jacob Thompson, in an amount greater than $75,000.

**JURY TRIAL DEMANDED**

Respectfully submitted,

Purchase George & Murphey, P.C.

BY: ___*/s/ Eric Purchase*_____
       Eric Purchase
       Attorney I.D. 63517
       2525 West 26th Street, Suite 200
       Erie, PA  16506
       Telephone: (814) 833-7100
       eric@purchasegeorge.com

       Attorneys for the Plaintiff