IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH KELLY,<br>Plaintiff<br><br>v.<br><br>JACOB THOMPSON,<br>Defendant | ) CIVIL ACTION NO. 1:24-cv-00196-SPB<br>)<br>) Judge Susan Paradise Baxter<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

## **ORDER**

AND NOW, to-wit, this 27th day of January, 2025, in accordance with the Stipulation of Dismissal filed by plaintiff Ruth Kelly and defendant Jacob Thompson,

IT IS ORDERED that this civil action is hereby DISMISSED, WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear their own costs, attorneys' fees and expenses.

_____
SUSAN PARADISE BAXTER
United States District Judge